

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8420

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Yomayra Patricia PENUELAS, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 13, 2008, within the Southern District of California, defendant Yomayra Patricia PENUELAS did knowingly and intentionally import approximately 26.56 kilograms (58.43 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF MAY 2008.

Peter C. Lewis
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Yomayra Patricia PENUELAS

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On May 13, 2008, at approximately 1450 hours, Yomayra Patricia PENUELAS entered the United States at the Calexico, California, West Port of Entry. PENUELAS was the driver and sole occupant of a 2000 Chrysler 300M.

PENUELAS approached lane number nine which was being manned by Customs and Border Protection Officer (CBPO) Relente. During routine border inspection questioning, PENUELAS gave a negative Customs declaration. CBPO Relente referred PENUELAS and the vehicle to the vehicle secondary inspection.

While at vehicle secondary, CBPO Ramos took over the inspection. CBPO Ramos received a negative Customs declaration from PENUELAS. PENUELAS claimed to be the registered owner of the vehicle. PENUELAS stated the reason for her trip to Mexico was to visit family. CBP/CEO Garcia utilized his assigned Human/Narcotics Detection Dog to screen the vehicle PENUELAS was driving. The dog alerted to the vehicle. CBP/CEO Garcia informed CBPO Ramos of the alert. CBPO Ramos continued the vehicle inspection and located a non-factory compartment in the vehicle's rocker panels.

A subsequent inspection of the vehicle revealed twenty-four (24) packages concealed inside the compartment. CBPO Ramos probed one of the packages and a sample of a white

powdery substance was obtained, which field tested positive for cocaine. The 24 packages had a combined weight of approximately 26.56 kilograms (58.43 pounds) of cocaine.

PENUELAS was placed under arrest and advised of her rights per Miranda, which she acknowledged and waived, agreeing to answer questions. PENUELAS told Special Agent Silva she bought the car for $4,000.00 from a male subject known only as "Mauricio." PENUELAS also said she did not know the vehicle contained drugs. PENUELAS then stated she wanted to be completely honest and stated the car did not belong to her and she had not paid $4,000.00 for it. PENUELAS stated she borrowed $1,300.00 from "Mauricio" and was only able to pay him $300.00. "Mauricio" then told her they needed to put the car under her name and she was to drive it into the United States a few times. PENUELAS stated she was told the vehicle would be used to smuggle drugs into the U.S.